**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

BRIAN M. PURICELLI,

              Plaintiff,

    v.

JUNE SONDRA BARKAN,

              Defendant.

No. 1:20-cv-16068-NLH-KMW

**ORDER**

---

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this __7th__ day of __January__, 2022

    ORDERED that Plaintiff's motions for default judgment (ECF 6) and to strike (ECF 10) will be, and the same hereby are, DENIED; and is further

    ORDERED that Defendant's motion to dismiss (ECF 9) will be, and the same hereby is, GRANTED in its entirety.


                        /s Noel L. Hillman

At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.